MINUTE ENTRY            10:30 a.m.

  U.S.A. -v- LIU, Shijun

PRESENT: HON. ALEX R. MUNSON, JUDGE PRESIDING
  K. LYNN LEMIEUX, COURTROOM DEPUTY
  SANAE N. SHMULL, COURT REPORTER
  JAMIE BOWERS, ASSISTANT U.S. ATTORNEY
  G. ANTHONY LONG, ATTORNEY FOR DEFENDANT
  LIU, Shijun, DEFENDANT

PROCEEDINGS: MOTION TO DISMISS

 Defendant Liu appeared with counsel, Attorney G. Anthony Long. Government was represented by Jamie Bowers, AUSA. Also present was FBI Special Agent, Jim Barry.

 Norman Xing was sworn as interpreter/translator of the Mandarin language.

 Attorney Long argued the motion. Government argued against the motion.

 Court, after hearing arguments, stated that the motion would be taken under advisement and that a written decision would be forthcoming.

 Attorney Long apprised the Court that they may need to waive speedy trial due to the fact that they needed to take depositions in Shanghai.

 Court inquired as to whether the defendant was capable of paying for his representation due to the fact that his financial affidavit indicates that he is capable. Attorney Long indicated that there was a problem having the money transported from China.

    Adj. 11:45 a.m.

;   [TTP EOD 11/10/2004]