MINUTE ENTRY            9:05 a.m.

U.S.A. -v- ZHENG, WEN JIAN

PRESENT: HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
 K. LYNN LEMIEUX, COURTROOM DEPUTY
 TINA PANGELINAN, COURT REPORTER
 JAMIE BOWERS, ATTORNEY FOR GOVERNMENT
 JOSEPH CAMACHO, ATTORNEY FOR DEFENDANT
 ZHENG, WEN JIAN, DEFENDANT

PROCEEDINGS:   COMPETENCY HEARING

 Defendant was present with counsel, Attorney Joseph Camacho. Government was represented by Jamie Bowers, AUSA.

 Aby Leong was sworn as interpreter/translator of the Chinese language.

 Attorney Camacho called witness:

 DR. WILLIE GUTOWSKY (Psychiatrist). Parties stipulated that Dr. Gutowsky could be considered an expert witness. Court so ordered. DX.  Ex. A and Ex. B.  Attorney Camacho moved to admit Ex. A and B into the record, there being no objection, Court so ordered. CX by Government.  RDX.

 Attorney Camacho called witness:

 DR. LAURA POST. (Psychiatrist). Parties stipulated that Dr. Post could be considered an expert witness. Court so ordered. DX.   Attorney Camacho moved to admit Ex. C and D into the record, there being no objection, Court so ordered. Government conducted CX. RDX.

 Attorney Camacho moved the Court to issue an order for this defendant to receive proper treatment for his illness.  Court ordered, that due to the mental illness of the defendant, that the defendant be committed to the custody fo the Attorney General and that he receive mental and psychiatric treatment and that he be re-evaluated in four months.

 Court ordered the defendant remanded into the custody of the U. S. Marshal and order that the Attorney General comply with this Courts order.

        Adj. 9:50  a.m.


;   [KLL EOD 12/10/2004]